**MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
**by VIDEOCONFERENCE**

U.S.A. v. _Jerry McKane Waynick_ , No. _22-mj-1045_

ATTORNEY FOR GOVERNMENT: _Kurtzman_

ATTORNEY FOR DEFENDANT: _Olin Baker_ AFPD  Panel  Retained

PRETRIAL SERVICES/PROBATION OFFICER: _Kimberly Nancy_

INTERPRETER NEEDED?  YES  (NO)  LANGUAGE/INTERPRETER: _____
☐ PRESENT  ☐ ON TELEPHONE

☒ Defendant consents to Initial App. and ☐ All future hearings before the Magistrate Judge by video conference.

☒ INITIAL APPEARANCE  ☐ ON A SUMMONS  ☒ ARRESTED ON: _2-17-22_
  DEFENDANT HAS A COPY OF:
    ☒ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
    ☒ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
    ☒ Defendant advised of right to counsel  ☒ Counsel retained
    ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed  ☐ FPD Appointed
    ☒ Defendant advised of right to silence  ☐ Counsel appt. based on counsel's statement
    ☒ Defendant advised of right to **Consular notification**
    ☒ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
    ☒ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
    ☐ Government motion for detention  ☐ Defendant temporarily detained
    ☐ Defendant waived detention hearing  ☐ ICE detainer on defendant
    ☐ Defendant reserved right to hearing in future  ☐ Defendant to be returned to State custody
    ☐ Defendant to remain in Federal custody  ☐ Defendant waived rights under IAD
    ☐ Defendant remain on current conditions of supervised release
    ☐ Defendant ordered to psychological/psychiatric evaluation
    ☒ Defendant released on:
        ☒ Own recognizance with conditions of release  ☒ standard  ☒ special
        ☐ Appearance bond in the amount of: _____
        ☐ Property bond [description of property]: _____
    ☒ RULE 5 - Defendant advised of right to identity hearing  ☒ Defendant waived identity hearing
    ☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
    ☒ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☒ PRELIMINARY/~~DETENTION~~/ARRAIGNMENT CONTINUED TO: _2:00, March 9th, Wed._

☐ **GRAND JURY WAIVED IN OPEN COURT**  [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof  ☐ Indictment/Information read to defendant by Judge
    **PLEA: ☐ GUILTY  ☐ NOT GUILTY**  ☐ Defendant intends to plead guilty and case referred to DJ

DATE: _2-17-22_  TOTAL TIME: _33 min_
BEGIN TIME: _3:30_  END TIME: _4:03_
*Digitally Recorded or Court Reporter:* _____

Form Revised 2/9/2018  Page 1 of _1_